**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

RODDY HORSLEY,

          Plaintiff,

 v.

WASHINGTON STATE, *et al.*,

          Defendants.

NO. C09-5680 RJB/KLS

ORDER RELATING TO PLAINTIFF'S LETTER REQUEST FOR CLARIFICATION / ASSISTANCE

Before the court is a letter from Plaintiff requesting clarification of court orders and requesting assistance. Dkt. 11. Plaintiff is advised as follows:

    1)    Plaintiff has been ordered to show cause why his case should not be dismissed or to file an amended complaint on or before January 29, 2010. *See* Dkt. 5 (order to show cause) and Dkt. 9 (order granting extension to show cause). Plaintiff must respond to the court's order to show cause or file a proposed amended complaint on or before January 29, 2010, or the court will recommend dismissal of his case with prejudice for failure to state a claim.

    2)    Plaintiff was granted leave to proceed *in forma pauperis*. Dkt. 8. Accordingly, the court will order the U.S. Marshal to serve the named defendants when and if Plaintiff has

successfully responded to the Order to Show Cause or the court has determined that Plaintiff has filed an acceptable amended complaint.

3) Plaintiff is advised that neither the court nor clerk of the court can provide legal advice. In the future, if Plaintiff seeks relief from this court, he must do so in the form of a motion, noted for hearing according to the Federal Rules of Civil Procedure.

**DATED** this  11th  day of January, 2010.

Karen L. Strombom
United States Magistrate Judge