**UNITED STATES DISTRICT COURT
WESTERN DISCTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| RODDY HORSLEY, <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON STATE, et al., <br><br> Defendant. | NO. C09-5680 RJB/KLS <br><br> ORDER GRANTING PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S ORDER TO SHOW CAUSE |

Before the court is Plaintiff's second motion for an extension of time to respond to the court's Order to Amend or Show Cause (Dkt. 5). Dkt. 14. Having reviewed the motion and balance of the record, does hereby **ORDER:**

1. Plaintiff'ss second motion for extension of time (Dkt. 14) is **GRANTED.** Plaintiff shall file his response **on or before February 26, 2010.**

2. The Clerk shall send a copy of this Order to Plaintiff.

**DATED** this  9th  day of February, 2010.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge